IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINIQUE S. STURGES,<br><br>        Defendant. | 2:14-cr-00116-EFB<br><br>ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION |

## ORDER TO SHOW CAUSE

It is HEREBY ORDERED that the defendant appear on ~~July 13, 2015~~, June 29, 2015 at 10:00 a.m. to show cause why the probation granted on July 7, 2014, should not be revoked for the defendant's failure to pay her Court-ordered special assessment, restitution, and fine. The Clerk's office shall issue a summons directing defendant Dominique S. Sturges to appear on June 29, 2015, at 10:00 a.m. in Courtroom No. 8, 13th Floor.  The Clerk shall also serve a courtesy copy of the summons and this order on Linda Harter, Assistant Federal Defender.

IT IS SO ORDERED.

Dated:  June 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE